# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:15cv213

| | |
|---|---|
| DONALD KEVIN VINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| VOLKSWAGEN GROUP OF ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion to Stay [# 16]. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 16]. The Court **STAYS** these proceedings until a determination by the Judicial Panel on Multidistrict Litigation of a pending Motion for Transfer and Centralization of this and related actions. Either party may move to lift the stay upon a ruling by the Judicial Panel on Multidistrict Litigation.

Signed: October 21, 2015

Dennis L. Howell
United States Magistrate Judge